339 A.2d 758

**James F. HYATT et al.**

**v.**

**Konstantin GERASIM, Appellant.**

**Konstantin GERASIM, Appellant,**

**v.**

**Robert I. KNIFFIN and H. Sherdin Nagle.**

Supreme Court of Pennsylvania.

Argued May 5, 1975.

Decided July 7, 1975.

Daniel L. Carn, Carn & Vaughn, York, for appellant.

Robert H. Griffith, Markowitz, Kagen & Griffith, J. Ross McGinnis, M. J. Brillhart, W. C. Gierasch, Jr., York, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree at No. 19 August Term, 1972 and No. 14 August Term, 1973 is affirmed. Each party to bear own costs.

MANDERINO, J., took no part in the consideration or decision of this case.